Frank PRIEST, Plaintiff—Appellant,

v.

Darnley HODGE, Sr., Superintendent of Riverside Regional Jail; Ms. Beach, Accounting Tech of Riverside Regional Jail, Defendants—Appellees.

No. 08–6510.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 19, 2008.

Frank Priest, Appellant Pro Se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Priest appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Priest v. Hodge,* No. 1:08–cv–00098–GBL–TCB (E.D. Va. filed Feb. 29, 2008; entered Mar. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*